IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA No. _____ |
| | ) |
| SIGNIFY N.V. (F/K/A PHILIPS LIGHTING N.V.) & SIGNIFY NORTH AMERICA CORPORATION (F/K/A PHILIPS LIGHTING NORTH AMERICA CORPORATION) | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF LIGHTING SCIENCE GROUP CORP.'S
MOTION FOR LEAVE TO FILE COMPLAINT
AND RELATED PAPERS UNDER SEAL**

Before the Court is Plaintiff Lighting Science Group Corp.'s Motion for Leave to File Complaint and related papers under seal. After considering the Motion, the Court finds that the Motion should be GRANTED. It is hereby **ORDERED** that Plaintiff may file its Complaint and related papers under seal.

DATED:_____    _____
United States District Judge

{01444389;v1 }